UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| ANGELA MARJORIE B.,<br><br>    Plaintiff,<br><br>    vs.,<br><br>COMMISSIONER Social Security<br>    Administration,<br><br>    Defendant. | Civil No. 6:20-cv-01162-MC<br><br>ORDER TO PAY SUPPLEMENTAL<br>EAJA FEES |

MCSHANE, JUDGE:

    Following my review of Plaintiff's Motion and supporting documentation, and after consideration of Defendant's response, and pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an additional $4,792.82 is awarded to Plaintiff in care of his attorney, Nancy J. Meserow, as supplemental EAJA fees, to be paid in addition to, and not instead of, EAJA fees and expenses previously awarded in the amount $13,614.60 and $10.00 respectively; and the check for Supplemental EAJA fees shall be made payable to Nancy J. Meserow, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J. Meserow, subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

//

//

//

Any check issued for EAJA fees or for expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.

IT IS SO ORDERED.

Dated this 8th day of February 2023.

                                               s/ Michael J. McShane
                                               MICHAEL J. MCSHANE
                                               United States District Judge