Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788   Fax 503-954-1517
Plaintiff's Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ANGELA MARJORIE B.

        Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

        Defendant.

Case No. 6:20-cv-01162-MC

ORDER FOR ATTORNEY FEES
UNDER 42 U.S.C § 406(B)

Pursuant to U.S.C. § 406(b), the Court determines and allows as part of it's Judgment $25,065.50 as reasonable fees for attorney Nancy J. Meserow's representation of Plaintiff in this proceeding, less EAJA fees previously ordered to be paid by Defendant in the total amount of $18,397.42, for a total net payment of $6,668.08 to Plaintiff's attorney, Nancy J. Meserow, out of total past due benefits to which Plaintiff is entitled by reason of the Court's Judgment.

Any past due benefits withheld by the Defendant in anticipation of an Order under 42 U.S.C. §406(b), may be paid to Plaintiff's counsel, Nancy J. Meserow, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to Nancy J. Meserow at her office at the address indicated below, consistent with this Order:

    Nancy J. Meserow
    Law Office of Nancy J. Meserow
    7540 SW 51st Avenue
    Portland, OR, 97219

IT IS SO ORDERED this 14th day of March, 2023.

                        s/Michael J. McShane
                         Michael J. McShane
                         U.S. District Court Judge